IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC ENGLISH, | ) | 8:13CV299 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANGELA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On February 4, 2014, the court entered a Memorandum and Order requiring Plaintiff to either pay the $400.00 filing and administrative fees or submit a prison trust account statement in accordance with 28 U.S.C. § 1915(a)(2). (Filing No. 8.) In doing so, the court warned Plaintiff that failure to comply with the court's Memorandum and Order by March 3, 2014, would result in dismissal of this matter without further notice. (*Id*.) Plaintiff failed to comply or otherwise respond by the court's deadline. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's filing fee and for failure to comply with a court order.

2. All pending motions are denied.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 12th day of March, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.